443 A.2d 392

Commonwealth v. Huggins, Appellant.

■ Submitted June 23, 1981. John D. Flinchbaugh, Assistant Public Defender, for appellant; Harry M. Ness, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BECK and JOHNSON, JJ.

The judgment of sentence is affirmed.